# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KIARA ANTUAN SMITH                                                                                  PLAINTIFF

V.                              CASE NO. 3:16-CV-00025 JM/BD

ARKANSAS, STATE OF et al.                                                                    DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation and the objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Smith's complaint is hereby DISMISSED, with prejudice, and his Application for Leave to Proceed *in Forma Pauperis* (#1) be DENIED as moot.

IT IS SO ORDERED this 2nd day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE