# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**KIARA ANTUAN SMITH**                                                                           **PLAINTIFF**

**V.**                              **CASE NO. 3:16-CV-00025 JM/BD**

**ARKANSAS, STATE OF et al.**                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 2nd day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE